

Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.



# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Builder = (Victory Boyd)[ in Name: All ]
Search Results: Displaying 1 of 2 entries

*Like the Way it Sounds.*

| | |
|---:|---|
| **Type of Work:** | Sound Recording and Music |
| **Registration Number / Date:** | SR0000986420 / 2023-12-12 |
| **Application Title:** | Like the Way it Sounds. |
| **Title:** | Like the Way it Sounds. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Victory Boyd. Address: 108 40th St, 2nd Fl, Union, NY, 07087, United States. |
| **Date of Creation:** | 2019 |
| **Date of Publication:** | 2023-07-28 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Victory Boyd; Citizenship: United States. Authorship: Sound Recording and Musical Work (with or without lyrics) |
| **Rights and Permissions:** | Keith White, PLLC, 396 Waverly Avenue, Brooklyn, NY, 11238, United States |
| **Copyright Note:** | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire. |
| **Names:** | Boyd, Victory |





Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page