AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:25-cv-00181-MKV**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **JAHMAL GWINN**
was recieved by me on **2/04/2025:**

[X] I personally served the summons on the individual at **5440 TUJUNGA AVE APT 1310, NORTH HOLLYWOOD, CA 91601** on **02/05/2025 at 7:43 PM**; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ] I returned the summons unexecuted because ; or

[ ] Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date: 02/05/2025

*Server's signature*

**Edward Chavez**
*Printed name and title*

**14338 Tiara Street**
**Van Nuys, CA 91401**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT, to JAHMAL GWINN with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired black male contact 45-55 years of age, 5'6"-5'8" tall and weighing 180-200 lbs.**

Tracking #: **0157668996**