USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

VICTORY BOYD and THE SONGS OF GLORY,

                Plaintiff,

       -against-               Case No. 25-cv-00181-MKV

JACQUES BERMON WEBSTER II p/k/a
TRAVIS SCOTT, CACTUS JACK
RECORDS, LLC,
CACTUS JACK PUBLISHING, LLC, EPIC
RECORDS,
SONY MUSIC ENTERTAINMENT,
SONY MUSIC PUBLISHING,
AUDEMARS PIGUET,
SOLANA ROWE p/k/a SZA, NAVADIUS
WILBURN
p/k/a FUTURE, JAHMAL GWIN,
JAHAAN SWEET,
NIMA JAHANBIN, EDGAR PANFORD,
"JOHN DOE ENTITIES" 1-10 and
"JOHN DOES" 1-10,

                Defendants.
------------------------------------------------------x

**STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT AUDEMARS PIGUET PURSUANT TO F.R.C.P 41(a)(2)**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs and Defendant Audemars Piguet (Marketing) SA, improperly sued as Audemars Piguet ("AP") through their respective undersigned counsel, that the above-captioned action is voluntarily dismissed with

1

prejudice against Defendant AP, pursuant to the Federal Rules of Civil Procedure 41(a)(2), with the Plaintiffs and Defendant AP to bear their own costs and attorneys' fees.

Dated: New York, New York
July, 24 2025

| | |
|---|---|
| **HERBSMAN HAFER WEBER & FRISCH, LLP** | **KEITH WHITE, PLLC** |
| By: _/s/ Dorothy M. Weber_ | By: _/s/ N. Keith White_ |
| Dorothy M. Weber, Esq. | N. Keith White, Esq. |
| 494 Eighth Avenue, 6th Floor | 396 Waverly Avenue |
| New York, New York 10001 | Brooklyn, NY 11238 |
| dorothy@musiclaw.com | keith@keithwhitelaw.com |
| (212) 245-4580 | (718) 403-9261 |
| *Attorneys for Defendant Audemars Piguet (Marketing) SA* | *Attorneys for Plaintiff* |

**SO ORDERED**:

Date: 7/28/2025
New York, New York

_/s/ Mary Kay Vyskocil_
Mary Kay Vyskocil
United States District Judge

2