USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORY BOYD and THE SONGS OF GLORY,

                Plaintiffs,

-against-

JACQUES BERMON WEBSTER II p/k/a TRAVIS SCOTT, CACTUS JACK RECORDS, LLC, CACTUS JACK PUBLISHING, LLC, EPIC RECORDS, SONY MUSIC ENTERTAINMENT, SONY MUSIC PUBLISHING, AUDEMARS PIGUET, SOLANA ROWE p/k/a SZA, NAVADIUS WILBURN p/k/a FUTURE, JAHMAL GWIN, JAHAAN SWEET, NIMA JAHABIN, EDGAR PANFORD, "JOHN DOE ENTITIES" 1-10 and "JOHN DOES" 1-10,

                Defendants.

1:25-cv-181-MKV

ORDER TO SHOW CAUSE

MARY KAY VYSKOCIL, United States District Judge:

      A review of court records indicates that the complaint in this action was filed on January 8, 2025, and that no proof of service has been filed with respect to Defendants Jahaan Sweet, Nima Jahanbin, and Edgar Panford. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

      Plaintiffs are directed to serve the aforementioned Defendants and file proof of service on the docket on or before October 14, 2025. If service has not been made on or before that date, and if Plaintiffs fail to show cause, in writing, why service has not been made, the complaint will be dismissed with respect to the aforementioned Defendants for failure to prosecute and/or failure to serve pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure.

2

The parties are reminded that failure to comply with the Court's orders or comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties discovery or other obligations thereunder may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.

**SO ORDERED.**

**Date:  September 23, 2025**
       **New York, NY**

                                             **MARY KAY VYSKOCIL**
                                             **United States District Judge**