USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VICTORY BOYD and THE SONGS OF GLORY,<br>      Plaintiffs,<br><br>-against-<br><br>JACQUES BERMON WEBSTER II p/k/a TRAVIS SCOTT, CACTUS JACK RECORDS, LLC, CACTUS JACK PUBLISHING, LLC, EPIC RECORDS, SONY MUSIC ENTERTAINMENT, SONY MUSIC PUBLISHING, AUDEMARS PIGUET, SOLANA ROWE p/k/a SZA, NAVADIUS WILBURN p/k/a FUTURE, JAHMAL GWIN, JAHAAN SWEET, NIMA JAHANBIN, EDGAR PANFORD, "JOHN DOE ENTITIES" 1-10 and "JOHN DOES" 1-10,<br>      Defendants. | ))<br>)<br>)<br>)<br>)<br>)<br><br>**Case No. 1:25-cv-00181-MKV** |

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS EPIC RECORDS, EDGAR PANFORD, NIMA JAHANBIN, AND JAHAAN SWEET

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Victory Boyd and SONGS OF GLORY hereby voluntarily dismiss Defendants Epic Records, Edgar Panford, Nima Jahanbin, and Jahaan Sweet, from this action only. The dismissal of Defendant Epic Records is filed based on and in reliance upon the representation by Defense counsel Edwin F. McPherson to the Court that Epic Records is an improperly named Defendant because "Epic Records is a sub-division of SME and not a separate corporate entity."[1] The dismissals of Defendants Epic Records, Edgar Panford, Nima Jahanbin, and Jahaan Sweet are with prejudice.

This dismissal is limited solely to Defendants Epic Records, Edgar Panford, Nima Jahanbin, and Jahaan Sweet and shall not release, waive, impair, compromise, or otherwise affect

---

[1] Docket Entry #47, footnote 1.

Plaintiff's claims against Sony Music Entertainment, Sony Music Publishing, Cactus Jack Records, Cactus Jack Publishing, Jacques Bermon Webster II p/k/a Travis Scott, or any other defendant or non-party. No term of this Notice shall be construed as a release of any parent, subsidiary, affiliate, officer, director, employee, agent, representative, successor, assign, distributor, publisher, licensee, or person acting in concert with any defendant other than the dismissed Defendants.

Nothing in this Notice shall be construed as an admission of any kind, including any admission that any dismissed Defendant was properly or improperly named, that any dismissed Defendant does or does not have separate legal existence, that any dismissed Defendant did or did not participate in the conduct alleged in the Second Amended Complaint, or that any dismissed Defendant or any other remaining defendant is or is not liable for any conduct alleged therein, including with respect to the legal status, conduct, agency, affiliation, alter ego status, operational relationship, distribution role, publishing role, or involvement of any defendant in the acts alleged in the Second Amended Complaint. Plaintiff expressly reserves all rights, claims, remedies, and arguments against all remaining defendants.

Dated: April 28, 2026
Brooklyn, New York

Respectfully submitted,

KEITH WHITE, PLLC
Attorneys for Plaintiffs Victory Boyd and SONGS OF GLORY

By: _____/s/Keith White_____

Keith White
396 Waverly Avenue
Brooklyn, New York 11238
718-403-9261
keith@keithwhitelaw.com

**Granted. SO ORDERED.**
In addition to the above-named Defendants, the Clerk of Court is also requested to terminate Plaintiff The Songs of Glory. *See* [ECF No. 91] at 2 n.3.

Date: 5/5/2026
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge