# KEITH WHITE, PLLC
## ATTORNEY & COUNSELOR AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2026

396 WAVERLY AVENUE BROOKLYN, NY 11238

(Tel) 718-403-9261                              (email) keith@keithwhitelaw.com

May 7, 2026

**VIA ECF**
Honorable Mary Kay Vyskocil, U.S.D.J.
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2230
New York, New York 10007

> **Re:    Boyd, et al v. Jacques Bermon Webster II, et al. Case No.: 25-cv-00181 (MKV)**
> **PLAINTIFFS' CONSENTED REQUEST TO ADJOURN INITIAL CONFERENCE**

Dear Judge Vyskocil:

Plaintiffs, by and through undersigned counsel, respectfully write to request an adjournment of the initial conference currently scheduled for July 8, 2026 (ECF No. 95). Plaintiffs' counsel will be out of the district until July 23, 2026, and is therefore unavailable on the currently scheduled date. Plaintiffs' counsel has conferred with counsel for the remaining Defendants, who do not object to an adjournment and are available on August 4, 2026, August 5, 2026, or later dates in August convenient to the Court.

This is the first request to adjourn the initial conference, and no other deadlines or scheduled dates will be affected by the requested adjournment.

For the foregoing reasons, Plaintiffs respectfully request that the Court adjourn the initial conference currently scheduled for July 8, 2026 to August 4, 2026, August 5, 2026, or such later date in August as is convenient to the Court. This request is made on consent of all remaining Defendants.

Respectfully Submitted,

/s/Keith White

Keith White

**Granted. SO ORDERED.**
The conference scheduled for July 8, 2026, in this matter is hereby ADJOURNED to August 5, 2026, at 2:00 p.m.

Date: 5/11/2026
New York, New York

Mary Kay Vyskocil
United States District Judge