UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

———————————————————————————X

VICTORY BOYD and THE SONGS OF : 
GLORY, :
                                       :

                  Plaintiffs, :                 1:25-cv-00181-MKV

                    v. :           **Hon. Mary Kay Vyskocil**

JACQUES BERMON WEBSTER II p/k/a :

TRAVIS SCOTT, CACTUS JACK RECORDS, LLC, :

CACTUS JACK PUBLISHING, LLC, EPIC RECORDS, :

SONY MUSIC ENTERTAINMENT, :

SONY MUSIC PUBLISHING, AUDEMARS PIGUET, :

SOLANA ROWE p/k/a SZA, NAVADIUS WILBURN :

p/k/a FUTURE, JAHMAL GWIN, JAHAAN SWEET, :

NIMA JAHANBIN, EDGAR PANFORD, :

"JOHN DOE ENTITIES" 1-10 and :

"JOHN DOES" 1-10, :

                Defendants. :

———————————————————————————X

## JOINT STIPULATION BY ALL PARTIES TO DISMISS ACTION WITH PREJUDICE

Plaintiff Victory Boyd ("Plaintiff") and Defendants Jacques Bermon Webster II p/k/a

Travis Scott, Cactus Jack Records, LLC, Cactus Jack Publishing, LLC, Sony Music

Entertainment, Sony Music Publishing (US) LLC, Solána Rowe p/k/a SZA, Nayvadius Demun

Wilburn p/k/a Future, and Jahmal Gwin p/k/a Boogzdabeast (collectively, "Defendants")

(collectively, the "Parties"), by and through their undersigned counsel, and pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that all claims

that were or could have been asserted by the Parties in this action, however designated, shall be,

and hereby are, dismissed in their entirety, **with prejudice**, each party to bear her/his/its own

fees and costs, and waiving all rights of appeal.


Dated: Brooklyn, NY
June 2, 2026



By: ____/ss/Keith White_____     By: _____

     Keith White                                   Edwin F. McPherson
     KEITH WHITE, PLLC                          McPHERSON LLP
     396 Waverly Avenue                       1900 Avenue of the Stars, 25th Floor
     Brooklyn, New York 11238                Los Angeles, California 90067
     Telephone: 718-403-9261                Telephone: 310-553-8833
     keith@keithwhitelaw.com               emcpherson@mcpherson-llp.com

     *Attorneys for Plaintiff Victory Boyd*      *Attorneys for Defendants Jacques Bermon Webster II p/k/a Travis Scott, Cactus Jack Records, LLC, Cactus Jack Publishing, LLC, Sony Music Entertainment, Sony Music Publishing (US) LLC, Solána Rowe p/k/a SZA, Nayvadius Demun Wilburn p/k/a Future, and Jahmal Gwin p/k/a Boogzdabeast*