USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2026

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____ X

VICTORY BOYD and THE SONGS OF : 
GLORY, :
                                          :

               Plaintiffs, :             1:25-cv-00181-MKV

                   v. :             **Hon. Mary Kay Vyskocil**

JACQUES BERMON WEBSTER II p/k/a :

TRAVIS SCOTT, CACTUS JACK RECORDS, LLC, :

CACTUS JACK PUBLISHING, LLC, EPIC RECORDS, :

SONY MUSIC ENTERTAINMENT, :

SONY MUSIC PUBLISHING, AUDEMARS PIGUET, :

SOLANA ROWE p/k/a SZA, NAVADIUS WILBURN :

p/k/a FUTURE, JAHMAL GWIN, JAHAAN SWEET, :

NIMA JAHANBIN, EDGAR PANFORD, :

"JOHN DOE ENTITIES" 1-10 and :

"JOHN DOES" 1-10, :

                 Defendants. :

_____ X

## JOINT STIPULATION BY ALL PARTIES TO DISMISS ACTION WITH PREJUDICE

Plaintiff Victory Boyd ("Plaintiff") and Defendants Jacques Bermon Webster II p/k/a

Travis Scott, Cactus Jack Records, LLC, Cactus Jack Publishing, LLC, Sony Music

Entertainment, Sony Music Publishing (US) LLC, Solána Rowe p/k/a SZA, Nayvadius Demun

Wilburn p/k/a Future, and Jahmal Gwin p/k/a Boogzdabeast (collectively, "Defendants")

(collectively, the "Parties"), by and through their undersigned counsel, and pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that all claims

that were or could have been asserted by the Parties in this action, however designated, shall be,

and hereby are, dismissed in their entirety, **with prejudice**, each party to bear her/his/its own

fees and costs, and waiving all rights of appeal.

Dated: Brooklyn, NY
June 2, 2026

By: ____/ss/Keith White_____

    Keith White
    KEITH WHITE, PLLC
    396 Waverly Avenue
    Brooklyn, New York 11238
    Telephone: 718-403-9261
    keith@keithwhitelaw.com

    *Attorneys for Plaintiff Victory Boyd*

By: _____

    Edwin F. McPherson
    McPHERSON LLP
    1900 Avenue of the Stars, 25th Floor
    Los Angeles, California 90067
    Telephone: 310-553-8833
    emcpherson@mcpherson-llp.com

    *Attorneys for Defendants Jacques
    Bermon Webster II p/k/a Travis Scott,
    Cactus Jack Records, LLC, Cactus
    Jack Publishing, LLC, Sony Music
    Entertainment, Sony Music
    Publishing (US) LLC, Solána Rowe
    p/k/a SZA, Nayvadius Demun
    Wilburn p/k/a Future, and Jahmal
    Gwin p/k/a Boogzdabeast*

On or before June 8, 2026, the Parties shall file an updated stipulation indicating their intent with respect to Plaintiff's case against the John Doe defendants.

Date: 6/4/2026
New York, New York

Mary Kay Vyskocil
United States District Judge